**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-2791**

---

SHIRLEY J. HALL, Widow of George Hall,

                           Petitioner,

       versus

NOBLE COAL COMPANY, INCORPORATED; ROYALTY
SMOKELESS COAL COMPANY; DIGUM COAL COMPANY;
WEST VIRGINIA COAL WORKERS PNEUMONOCONIOSIS
FUND; DIRECTOR, OFFICE OF WORKERS' COMPENSA-
TION PROGRAMS, UNITED STATES DEPARTMENT OF
LABOR,

                           Respondents.

---

On Petition for Review of an Order of the Benefits Review Board.
(98-257-BLA)

---

Submitted: April 20, 1999          Decided: June 9, 1999

---

Before WIDENER, HAMILTON, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Shirley J. Hall, Petitioner Pro Se.  Konstantine Keian Weld, OFFICE
OF THE ATTORNEY GENERAL OF WEST VIRGINIA, Charleston, West Vir-
ginia; John Headley Shott, Sr., SHOTT, GURGANUS & WILLIAMSON, Blue-
field, West Virginia; Rita A. Roppolo, Christian P. Barber, UNITED
STATES DEPARTMENT OF LABOR, Washington, D.C., for Respondents.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Shirley J. Hall seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C.A. §§ 901-945 (West 1986 & Supp. 1998). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. See Hall v. Noble Coal Company, BRB No. 98-257-BLA (B.R.B. Oct. 23, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED